# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 6, 2020

## NO. 03-18-00439-CV

**Appellant, Marsha McLane, in her Official Capacity as Director of the Texas Civil Commitment Office// Cross-Appellants, Eric Thomas, John Williams, and Albert Mailhot**

**v.**

**Appellees, Eric Thomas, John Williams, and Albert Mailhot// Cross-Appellee, Marsha McLane, in her Official Capacity as Director of the Texas Civil Commitment Office**

---

**APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
AFFIRMED IN PART; REVERSED AND RENDERED IN PART --
OPINION BY JUSTICE SMITH;
CONCURRING OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the interlocutory order signed by the district court on June 29, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the district court's interlocutory order to the extent it overrules McLane's plea to the jurisdiction as to the APA claim against her and affirm the district's court order in all other respects. We render judgment dismissing the claims against McLane. The appellees–cross-appellants shall pay all costs relating to this appeal, both in this Court and in the court below.